UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TONY NICHOLSON, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-02004-JPH-MKK |
| | ) | |
| STATE OF INDIANA, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER DISMISSING CASE

On November 20, the Court dismissed Mr. Nicholson's complaint and directed him to show cause by December 10 why final judgment should not issue consistent with that order. Dkt. 6. He has failed to respond, so this case is **DISMISSED**. Final judgment shall enter by separate entry.

**SO ORDERED.**

Date: 12/18/2025

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

TONY NICHOLSON, SR.
9601 East 39th Street
Indianapolis, IN 46235